New Y-Capp, Inc. v Yellowstone Capital, LLC (2023 NY Slip Op 01422)

New Y-Capp, Inc. v Yellowstone Capital, LLC

2023 NY Slip Op 01422

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, CURRAN, BANNISTER, AND MONTOUR, JJ.

253 CA 22-00705

[*1]THE NEW Y-CAPP, INC., JONATHAN EUGENE COLEMAN AND DONNA ZEMORIA PIERCE-BAYLOR, PLAINTIFFS-APPELLANTS,
v
YELLOWSTONE CAPITAL, LLC, DEFENDANT-RESPONDENT. (APPEAL NO. 1.) 

WHITE AND WILLIAMS LLP, PHILADELPHIA, PENNSYLVANIA (SHANE R. HESKIN OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
MURRAY LEGAL, PLLC, MINEOLA (CHRISTOPHER R. MURRAY OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered December 22, 2021. The order granted the motion of defendant to dismiss the action. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 3, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court